DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant MANDELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-CR-331 AMO |
| Plaintiff, | **STIPULATION AND ORDER RE: BAIL CONDITIONS (AS MODIFIED)** |
| v. | |
| ERIC MANDELL, | |
| Defendant. | |

The defendant Eric Mandell made his initial appearance on a summons and was released on a $50,000 unsecured bond with certain conditions on October 16, 2025. He completed a post-bail interview with Pretrial Services on November 10, 2025. The parties and the Court have now received the Pretrial Services report, filed December 16, 2025. The parties have met and conferred about the conditions Pretrial Services proposed and hereby agree to stipulate that the proposed employment condition may be imposed.

The parties also agreed to meet and confer further regarding any restriction on opening new lines of credit. The government shares Pretrial Services' concern that Mr. Mandell accessing new lines of credit may pose a danger to the community. The defense has proposed providing information to the government about his current business activities to satisfy these concerns the government might have. The parties request that they be allowed time to complete their meet and confer process, and that a bond hearing be set for the week of January 12, 2026.

The parties do not believe that any other modifications are necessary to protect the community, including the restrictions proposed by Pretrial Services regarding personally-identifiable information (PII) and possession of controlled substances. The parties note that Mr. Mandell's criminal history regarding writing bad checks is approximately 20 to 30 years old, and that the instant case does not include any allegation of misusing PII. The defense further respectfully submits that Mr. Mandell can simply stop using marijuana twice a year, there is no need for a court order.

Finally, with this stipulation Mr. Mandell also seeks permission to travel out of the district for the purpose of accompanying a youth sports team that he coaches to compete in tournaments. The requested travel is for the following dates and locations:

- January 14-19, 2026: travel to Dallas, Texas;
- February 12-16, 2026: travel to Los Angeles/El Segundo, California; and
- April 3-11, 2026: travel to Ft. Myers, Florida.

As a condition of his travel, Mr. Mandell agrees to disclose his travel plans to Pretrial Services in advance and to report by telephone as directed to Pretrial Services at all times. Mr. Mandell is in compliance with all of his conditions of release. U.S. Pretrial Service and the government therefore have no objection to these travel requests.

SO STIPULATED.

December 17, 2025
Date

RIZK & SHEARER LLP

/S
DAVID W. RIZK
Counsel for Mr. Mandell

December 17, 2025
Date

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S
EVAN MATEER
Assistant United States Attorney

1

2

**ORDER (AS MODIFIED)**

3      The parties' stipulation is GRANTED. Mr. Mandell shall comply with the employment condition

4  as set forth above and is granted permission to travel as set forth above subject to the identified

5  conditions. All other conditions of release remain in place.

6      It is further ordered that the other conditions proposed by Pretrial Services in their post-bail report

7  shall be discussed at a bail modification hearing before Magistrate Judge Nathanael Cousins on

8  **January 12, 2026 at 10:30 a.m.** in Oakland.

9

10      IT IS SO ORDERED AS MODIFIED.

11

12  Dated:  December 18, 2025

13



14

15  _____

16  HON. DONNA RYU
   Chief Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28