CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-331-AMO |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MARCH 9, 2026, TO JUNE 1, 2026, AND [PROPOSED] ORDER |
| v. | |
| ERIC MANDELL | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Eric Mandell, that time be excluded under the Speedy Trial Act from March 9, 2026, through June 1, 2026.

At the status conference held on March 9, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until June 1, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 9, 2026, through June 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 17, 2026                           /s/
                                        EVAN M. MATEER
                                        Assistant United States Attorney

DATED: March 17, 2026                           /s/
                                        DAVID RIZK
                                        Counsel for Defendant Eric Mandell

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 9, 2026, and for good cause shown, the Court finds that failing to exclude the time from March 9, 2026, through June 1, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 9, 2026, to June 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 9, 2026, through June 1, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ____3/18/2026_____                    _____
                                        HON. ARACELI MARTÍNEZ-OLGUÍN
                                        United States District Judge